**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALL ALI BIN ALI AHMED,** | : |
| **et al.,** | : |
| | : |
| **Petitioners,** | : |
| | : |
| **v.** | : Civil Action No. 05-1678 (GK) |
| | : |
| **BARACK H. OBAMA, et al.,** | : |
| | : |
| **Respondents.** | : |

## ORDER

This matter is before the Court on Respondents' Motion for Relief From or Reconsideration of Order Requiring Production of All Credibility Assessments [Dkt. No. 167]. Upon consideration of the Petitioner's Opposition [Dkt. No. 178],[1] representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that to the extent that the Court may have been less than precise in its prior Orders, and/or to the extent that parties may have misunderstood the import of those Orders, the Government's Motion is **granted**; and it is further

**ORDERED,** that the Government shall disclose all credibility assessments relating to those specific statements of third-party

---

[1] The motions are classified. Because the resolution of the discovery dispute does not bear on classified information, this Order is being filed on the public docket.

individuals upon which it relies in establishing its case for detention.[2]

|  | /s/ |
|---|---|
| April 7, 2009 | Gladys Kessler<br>United States District Judge |

Copies to:  Attorneys of Record via ECF

---

[2]     To the extent that the Government can certify that it has produced such material already, no new search is required.